This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STEP UP, LLC,**

    Plaintiff-Appellant

v.                                       **NO. 30,257**

**ERIC BATAVIA d/b/a BATAVIA**
**MACHINERY AND THREE RIVERS**
**MACHINERY,**

    Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF SIERRA COUNTY**
**Kevin Sweazea, District Judge**

Mark A. Filosa
Truth or Consequences, NM

for Appellant

Sandenaw Law Firm, P.C.
Cody R. Rogers
Las Cruces, NM

Hinkle, Hensley, Shanor & Martin, LLP
Roswell, NM

for Appellees

## MEMORANDUM OPINION

**FRY, Chief Judge.**

Summary affirmance was proposed for the reasons stated in the calendar notice. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired. **AFFIRMED.**

**IT IS SO ORDERED.**

_____
**CYNTHIA A. FRY, Chief Judge**

**WE CONCUR:**

_____
**JAMES J. WECHSLER, Judge**

_____
**MICHAEL E. VIGIL, Judge**

2